FILED
Clerk of District Court
MAR 07 2025
LISA KALLIO, CLERK
By: J. Broughton

Wayne RJ Nowacki
(your name)
100 N Rodney St #3A
(your street address)
Helena, Montana 59601
(city, state, zip code)
(406) 410-2157
(your phone number)
Plaintiff Pro Se

MONTANA Helena JUDICIAL DISTRICT COURT,
(number of district in which your county is located)
Lewis & Clark COUNTY
(name of your county)

Wayne Ralph, John Nowacki
                                    )  Your Cause No. CDV-2025-128
                                    )
              Plaintiff,            )
                                    )
     vs.                            )  Complaint
                                    )
Burger King Corporation             )
Meredian Corporation                )  Presiding Judge: Hon. Kathy Seeley
                                    )
              Defendant.            )

COMES NOW the Plaintiff, Wayne Ralph, John Nowacki respectfully states the following:

1. August 20, 2024, Burger King was holding back a paycheck. I did not get a paycheck on August 16, 2024. I told the manager on that day. I will not work without pay.

2. I was lied to, like everyone at Burger King lies. Liars told my check was in the office, in the mail, on then my house were never turned in.

3. Waiting for payment of worktime, this put I was told I was listed as a non-active when I was still working

Complaint                                                                    Page 1
December 27, 2010

me two months behind on all my bills, for which took from my future life.

4. Threaten by employer's and employees, discriminated against, harmful working conditions.

5. Invasion of privacy, slander, right to religion lied to. By all Helena Burgerking. Causing me to upset customers.

THEREFORE the Plaintiff respectfully asks this court to grant the following:

1. I am asking from Burgerking, Corporation 5505 Blvd Lagoon Drive, Miami, Florida 33126 One-hundred, fifty thousand dollars.

2. I am asking from Merdico Corporation, 1026 19th St. S, La Crosse, Wisconsin 54601 one hundred-fifty thousand dollars.

3. I requested them to life lock, they had full access to my accounts, put me on a text group, without my Ok. Signed my name that I seen some of Burgerking Bergerking desk, they had me as inactive when I was working.

_____
(Your signature) Wayne Ralph John Nowacki

_____
(Print your name) Wayne Ralph John Nowacki

_____
(Date) March 8, 2025

State of Montana                )
                                : ss
County of _Lewis & Clark_       )

_Wayne R J Nowecki_, being first duly sworn, upon oath, deposes and says as follows: I am the Plaintiff in the foregoing Complaint. I have read the foregoing Complaint and the facts of the matter contained herein are true, correct and complete to the best of my knowledge and belief.

_Wayne R J Nowecki_
Plaintiff

Signed and sworn to (or affirmed) before me this _7th_ day of _March_, 20_25_.

_Robin Servera_
(Signature of notary)

_Robin Servera_
(Printed name of notary public)

**ROBIN SERVERA**
NOTARY PUBLIC for the
State of Montana
Residing at Helena, Montana
My Commission Expires
August 27, 2025

Notary public for the state of _Montana_
Residing at: _Lewis & Clark County_
My commission expires: _Aug. 27, 2025_

Complaint                                                                Page 3
December 27, 2010